IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) | Case No. 1-22-sw-596 |
| | ) | |
| THE DOMAIN NAMES | ) | |
| simexcbr.com, simexlua.com, simexwim.com, | ) | |
| simexarts.com, simexrue.com, simexvtn.com and | ) | |
| simexbiz.com | ) | |

**ORDER TO UNSEAL SEIZURE WARRANT**

Upon motion of UNITED STATES to unseal the seizure warrant, it is hereby

ORDERED, ADJUDGED, and DECREED that the application for seizure warrant, the affidavit in support of the seizure warrant, the Motion to Seal, and Order to Seal in the above-captioned matter shall be unsealed.

*William C. Fitzpatrick*
United States Magistrate Judge

Date: November 18, 2022
Alexandria, Virginia

3